# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JOHN SICILIANI, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 2:14-cv-00182-GZS |
| | ) |
| YORK COUNTY JAIL, et al, | ) |
| | ) |
| Defendants | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 12) filed September 4, 2014, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED** for lack of prosecution and for failure to comply with the Court's orders.

.

                                                 /s/ George Z. Singal
                                                 United States District Judge

Dated this 1st day of October, 2014.